| | |
|---|---|
| 1 | JOSHUA A. SLIKER, ESQ. |
| | Nevada Bar No. 12493 |
| 2 | HOLLY E. WALKER, ESQ. |
| | Nevada Bar No. 14295 |
| 3 | **JACKSON LEWIS P.C.** |
| 4 | 300 S. Fourth Street, Suite 900 |
| | Las Vegas, Nevada 89101 |
| 5 | Telephone: (702) 921-2460 |
| | Facsimile: (702) 921-2461 |
| 6 | Email: joshua.sliker@jacksonlewis.com |
| 7 | Email: holly.walker@jacksonlewis.com |

*Attorneys for Defendants*
*For The Earth Corporation,*
*and Nelson Grist*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK UNDERHILL, JR., an individual, | Case No.: 2:21-cv-01287-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| FOR THE EARTH CORPORATION, an Arizona Corporation; NELSON GRIST, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through M, inclusive, | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Frank Underhill Jr., ("Plaintiff"), through his counsel EAD Law Group, LLC, and Defendants Integrity Health Corporation f/k/a For The Earth Corporation and Nelson Grist ("Defendants"), through their counsel Jackson Lewis P.C., that Defendants shall have a 14-day extension up to and including Wednesday, July 28, 2021, in which to file their respective responses to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendants' respective responses to Plaintiff's Complaint are currently due on July 14, 2021.

2. Due to defense counsel's recent retention, Defendants require additional time to investigate Plaintiff's allegations before responding to the Complaint.

3. This is the first request for an extension of time for Defendants to file responses to Plaintiff's Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering into the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 14th day of July, 2021.

| EAD LAW GROUP, LLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ Elaine Dowling* <br> ELAINE DOWLING, ESQ. <br> Nevada Bar No. 8051 <br> 8275 S. Eastern Avenue, Suite 200 <br> Las Vegas, Nevada 89123 | */s/ Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> 300 South Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* <br> *Frank Underhill, Jr.* | *Attorneys for Defendants* <br> *For The Earth Corporation,* <br> *and Nelson Grist* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: 7-15-2021