| | |
|---|---|
| 1 | LAW OFFICES OF BYRON THOMAS |
| 2 | BYRON THOMAS<br>Nevada Bar No. 8906 |
| 3 | 3275 S. Jones Blvd. Ste. 104<br>Las Vegas, Nevada  89146 |
| 4 | Phone:    (702) 747-3103<br>Facsimile: (702) 543-4855 |
| 5 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# DISTRICT OF, NEVADA

|  |  |
|---|---|
| | Case No.: 2:21-cv-01287-JAD-VCF |
| | **STIPULATED SUBSTITUTION OF ATTORNEY** |
| FRANK UNDERHILL, JR., an individual, | |
| Plaintiff, | |
| vs. | |
| FOR THE EARTH CORPORATION, an Arizona Corporation; NELSON GRIST, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through M, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

1

Plaintiff, current counsel and prospective counsel submit this stipulation to substitute counsel:

FRANK UNDERHILL, Plaintiff hereby substitutes BYRON E. THOMAS, ESQ., (new attorney), 3275 S. Jones Blvd., Suite 104, Las Vegas, Nevada 89146 as attorney of record in place and stead of ELAINE DOWLING, ESQ. (present attorney)

DATED: November _30th__ 2021     /s/ Frank Underhill
                                 _____
                                 FRANK UNDERHILL

I Byron E. Thomas, of Law Offices of Byron Thomas consent to the above substitution.

DATED: November __30th, 2021     /s/ Byron E. Thomas
                                 _____
                                 Byron Thomas, Esq.

I Elaine Dowling as current counsel consent to the substitution:

                                 /s/ Elaine Dowling, Esq.
DATED: November 30th_, 2021      _____
                                 Elaine Dowling, Esq.

DATED this __30th___ day of November 2021.

LAW OFFICES OF BYRON THOMAS

_____/s/ Byron E. Thomas_____
BYRON THOMAS, ESQ.
Nevada Bar No. 8906
3275 S. Jones Blvd., Ste. 104
Las Vegas, Nevada 89146
(702) 747-3103
byronthomaslaw@gmail.com
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __12-2-2021_____

2