1  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
2  KYLE J. HOYT
   Nevada Bar No. 14886
3  **JACKSON LEWIS P.C.**
4  300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Facsimile: (702) 921-2461
6  Email: joshua.sliker@jacksonlewis.com
7          kyle.hoyt@jacksonlewis.com

8  *Attorneys for Defendants*
   *For The Earth Corporation and*
9  *Nelson Grist*

10
                    **UNITED STATES DISTRICT COURT**
11
                         **DISTRICT OF NEVADA**
12

13  FRANK UNDERHILL, JR., an individual,        Case No.:  2:21-cv-01287-JAD-VCF

14              Plaintiff,                        **STIPULATED:**

15          vs.                                   **(1) NOTICE OF SETTLEMENT;**

16  FOR THE EARTH CORPORATION, an
    Arizona Corporation; NELSON GRIST, an        **(2) REQUEST FOR STAY; and**
    individual; DOES I through X, inclusive; and
17  ROE ENTITIES XI through M, inclusive,        **(3) REQUEST FOR STATUS CHECK**

18              Defendants.

19

20          The undersigned counsel of record for Defendants For The Earth Corporation and Nelson

21  Grist ("Defendant,") by and through their counsel of record, Jackson Lewis, P.C., and Plaintiff Frank

22  Underhill, Jr. ("Plaintiff"), by and through his counsel, hereby file this Stipulated Notice of Settlement

23  and Request for Stay and Status Check.  The parties have reached a full resolution of this matter and

24  are working to finalize the language of the settlement agreement. The parties need enough time to

25  complete the settlement process, including the issuance of settlement funds, in order to file a

26  stipulation and order to dismiss this action. Thus, the parties request that the Court schedule a

27  settlement status check conference in approximately 120 days, at the Court's convenience, to permit

28  the parties time to complete the settlement process and file a stipulation and order for dismissal. The

JACKSON LEWIS P.C.
  LAS VEGAS

status check can be vacated if the Stipulation and Order for Dismissal with Prejudice is entered by the Court as an order in advance thereof.

The parties also request that the Court stay all pending deadlines including those set forth in the Order Granting Stipulation to Extend Discovery (ECF No. 19). The parties wish to avoid incurring additional fees and costs complying with the pending deadlines while the parties prepare the necessary settlement documents and dismissal.

Dated this 8th day of April, 2022.

LAW OFFICE OF BYRON THOMAS                    JACKSON LEWIS P.C.


/s/ Byron E. Thomas                                        /s/ Joshua A. Sliker
BYRON E. THOMAS, ESQ.                           JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 8906                                      Nevada Bar No. 12493
3275 S. Jones Blvd., Ste. 104                         KYLE J. HOYT, ESQ.
Las Vegas, Nevada 89146                              Nevada Bar No. 14886
                                                                    300 S. Fourth Street, Suite 900
*Attorneys for Plaintiff*                                 Las Vegas, Nevada 89101
*Frank Underhill, Jr.*

                                                                    *Attorneys for Defendants*
                                                                    *For The Earth Corporation and Nelson Grist*


**ORDER**

IT IS HEREBY ORDERED
that the stipulation and order
to extend the discovery cutoff
and dispositive motion
deadlines (ECF No. 20) is
DENIED as moot.

IT IS SO ORDERED:

_____
 United States Magistrate Judge

Dated: ____4-8-2022_____

4883-7934-3387, v. 1