JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KYLE J. HOYT, ESQ.
Nevada Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: kyle.hoyt@jacksonlewis.com

*Attorneys for Defendants*
*For The Earth Corporation and*
*Nelson Grist*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK UNDERHILL, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FOR THE EARTH CORPORATION, an Arizona Corporation; NELSON GRIST, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through M, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01287-CDS-VCF<br><br>**JOINT STATUS REPORT AND STIPULATION REGARDING STATUS OF SETTLEMENT AND REQUEST TO SET BRIEFING SCHEDULE** |

Pursuant to this Court's Order following the parties Notice of Settlement (ECF No. 24) dated April 8, 2022, and this Court's Order following the parties Joint Status Report and Stipulation Regarding Status of Settlement (ECF No. 28), Defendants Integrity Health Corporation f/k/a For The Earth Corporation ("FTEC") and Nelson Grist ("Defendants"), by and through their counsel of record, Jackson Lewis, P.C., and Plaintiff Frank Underhill, Jr. ("Plaintiff"), by and through his counsel of record, Law Office of Byron Thomas, submit the following Joint Status Report and Stipulation Regarding Status of Settlement and Request to Set Briefing Schedule as follows:

1. The parties filed a stipulated Notice of Settlement on April 6, 2022 (ECF No. 24; ECF No. 28).

2. The confirmed essential terms of settlement include that Plaintiff enter into a release and that payment obligations would be due 60 and 90 days "following receipt of the executed release and tax forms." *Id.*

3. Defendants have prepared and presented a release to Plaintiff. *Id.*

4. A dispute has arisen between the parties concerning the terms of the release. Plaintiff contends the release exceeds the terms of the parties' agreement, and the Defendant contends that it does not. The parties request that they be provided until December 12, 2022 to evaluate potential motions and to propose a briefing schedule to the Court.

Dated this 7th day of December, 2022.

| LAW OFFICE OF BYRON THOMAS | JACKSON LEWIS P.C. |
|---|---|
| /s/ Byron E. Thomas<br>BYRON E. THOMAS, ESQ.<br>Nevada Bar No. 8906<br>3275 S. Jones Blvd., Ste. 104<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff*<br>*Frank Underhill, Jr.* | /s/ Kyle J. Hoyt<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>KYLE J. HOYT, ESQ.<br>Nevada Bar No. 14886<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*For The Earth Corporation and Nelson Grist* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 12-8-2022

4886-7316-2562, v. 2