JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KYLE J. HOYT, ESQ.
Nevada Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: kyle.hoyt@jacksonlewis.com

*Attorneys for Defendants*
*For The Earth Corporation and*
*Nelson Grist*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK UNDERHILL, JR., an individual, | Case No.: 2:21-cv-01287-CDS-VCF |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT AND STIPULATION TO SET BRIEFING SCHEDULE** |
| FOR THE EARTH CORPORATION, an Arizona Corporation; NELSON GRIST, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through M, inclusive, | |
| Defendants. | |

Defendants Integrity Health Corporation f/k/a For The Earth Corporation ("FTEC") and Nelson Grist ("Defendants"), by and through their counsel of record, Jackson Lewis, P.C., and Plaintiff Frank Underhill, Jr. ("Plaintiff"), by and through his counsel of record, Law Office of Byron Thomas, submit the following Joint Status Report and Stipulation to Set Briefing Schedule as follows:

      1.    The parties filed a stipulated Notice of Settlement on April 6, 2022 (ECF No. 24; ECF No. 28).

2.      The confirmed essential terms of settlement include that Plaintiff enter into a release and that payment obligations would be due 60 and 90 days "following receipt of the executed release and tax forms." *Id.*

3.      Defendants have prepared and presented a release to Plaintiff. *Id.*

4.      A dispute has arisen between the parties concerning the terms of the release. Plaintiff contends the release exceeds the terms of the parties' agreement, and the Defendant contends that it does not.

5.      Defendants intend to file a Motion to Enforce the Settlement Agreement.

6.      The parties agree that, due to the current commitments of Defense counsel and upcoming holiday and travel plans, Defendants may have until Friday, January 13, 2023 to file a Motion to Enforce.

7.      The parties further agree that discovery should remain stayed until all briefing is complete and the Court issues a ruling on the Motion to Enforce.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1      8.      Nothing in this stipulation shall be construed as prohibiting any party from filing any

2    other appropriate motion.

3          This stipulation is entered into in good faith and not for purposes of delay.

4          Dated this 12th day of December, 2022.

5    LAW OFFICE OF BYRON THOMAS              JACKSON LEWIS P.C.

6    */s/ Byron E. Thomas*                  */s/ Kyle J. Hoyt*
     BYRON E. THOMAS, ESQ.                   JOSHUA A. SLIKER, ESQ.
7    Nevada Bar No. 8906                     Nevada Bar No. 12493
     3275 S. Jones Blvd., Ste. 104           KYLE J. HOYT, ESQ.
8    Las Vegas, Nevada 89146                 Nevada Bar No. 14886
                                             300 S. Fourth Street, Suite 900
9    *Attorneys for Plaintiff*               Las Vegas, Nevada 89101
     *Frank Underhill, Jr.*
10
                                             *Attorneys for Defendants*
11                                           *For The Earth Corporation and Nelson Grist*

12

13                              **ORDER**

14                     IT IS SO ORDERED:

15

16                     _____

17                     United States Magistrate Judge
                                    12-13-2022
18                     Dated: _____

19   4877-8410-6819, v. 1

20

21

22

23

24

25

26

27

28