1  BYRON THOMAS, ESQ
   Nevada Bar No. 8906
2  3275 S. Jones Blvd, #104
   Las Vegas, Nevada 89146
3  Phone:(702) 747-3103
   Attorney for Plaintiff
4

5
                    **UNITED STATES DISTRICT COURT**
6
                           **DISTRICT OF NEVADA**
7

8  FRANK UNDERHILL, JR., an individual,        Case No.:  2:21-cv-01287-CDS-VCF

9              Plaintiff
                                               **STIPULATION TO EXTEND DEADLINE**
10      vs.                                    **TO FILE RESPONSE TO MOTION TO**
                                               **ENFORCE**
11  FOR THE EARTH CORPORATION, an
    Arizona Corporation; NELSON GRIST, an
12  individual; DOES I through X, inclusive; and
    ROE ENTITIES XI through M, inclusive,
13                                             **(FIRST REQUEST|)**
               Defendants

14     Defendants Integrity Health Corporation f/k/a For The Earth Corporation ("FTEC") and

15  Nelson Grist ("Defendants"), by and through their counsel of record, Jackson Lewis, P.C., and

16  Plaintiff Frank Underhill, Jr. ("Plaintiff"), by and through his counsel of record, Law Office of Byron

17  Thomas, submit the following Stipulation as follows:

18     1.   Defendants filed a Motion to Enforce on or about January 13, 2023 (ECF No. 24;

19  ECF No. 36).

20     2.   The Response is due on January 27, 2023.  The parties have agreed to extend the

21  deadline to respond to the Motion to Enforce to February 3, 2023.  To accommodate attorney

22  workload, schedule, and illness.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

3. This stipulation is entered into in good faith and not for purposes of delay, and this is the parties first request.

Dated this 27th day of January, 2023.

| LAW OFFICE OF BYRON THOMAS | JACKSON LEWIS P.C. |
|---|---|
| */s/ Byron E. Thomas* <br> BYRON E. THOMAS, ESQ. <br> Nevada Bar No. 8906 <br> 3275 S. Jones Blvd., Ste. 104 <br> Las Vegas, Nevada 89146 <br><br> *Attorneys for Plaintiff* <br> *Frank Underhill, Jr.* | */s/ Kyle J. Hoyt* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> KYLE J. HOYT, ESQ. <br> Nevada Bar No. 14886 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants* <br> *For The Earth Corporation and Nelson Grist* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated: January 30, 2023