BYRON THOMAS, ESQ
Nevada Bar No. 8906
3275 S. Jones Blvd, #104
Las Vegas, Nevada 89146
Phone:(702) 747-3103
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK UNDERHILL, JR., an individual,<br><br>Plaintiff<br><br>vs.<br><br>FOR THE EARTH CORPORATION, an Arizona Corporation; NELSON GRIST, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through M, inclusive,<br><br>Defendants | Case No.: 2:21-cv-01287-CDS-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO ENFORCE**<br><br>**(SECOND REQUEST｜)** |

Defendants Integrity Health Corporation f/k/a For The Earth Corporation ("FTEC") and Nelson Grist ("Defendants"), by and through their counsel of record, Jackson Lewis, P.C., and Plaintiff Frank Underhill, Jr. ("Plaintiff"), by and through his counsel of record, Law Office of Byron Thomas, submit the following Stipulation as follows:

1. Defendants filed a Motion to Enforce on or about January 13, 2023 (ECF No. 24; ECF No. 36).

2. The parties filed a stipulation to extend the deadline for Plaintiff to respond to February 3, 2023, and the Court granted the request. (ECF No. 38).

3. The Response is due on February 3, 2023. The parties have agreed to extend the deadline to respond to the Motion to Enforce to February 7, 2023. To accommodate attorney workload, schedule, and continued illness.

///

///

///

4. This stipulation is entered into in good faith and not for purposes of delay, and this is the parties second request.

Dated this 3rd day of February, 2023.

| LAW OFFICE OF BYRON THOMAS | JACKSON LEWIS P.C. |
|---|---|
| */s/ Byron E. Thomas*<br>BYRON E. THOMAS, ESQ.<br>Nevada Bar No. 8906<br>3275 S. Jones Blvd., Ste. 104<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff*<br>*Frank Underhill, Jr.* | */s/ Kyle J. Hoyt*<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>KYLE J. HOYT, ESQ.<br>Nevada Bar No. 14886<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*For The Earth Corporation and Nelson Grist* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated:  February 3, 2023

2