**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Frank Underhill, Jr., | 2:21-cv-01287-CDS-MDC |
| Plaintiff(s), | |
| vs. | Order |
| For The Earth Corporation, *et al*, | |
| Defendant(s). | |

For good cause shown and because the motions were unopposed, the Court **GRANTS** the defendants' *Motions to Withdraw as Attorney* (ECF Nos. 52 and 53).

Attorneys **Kyle J. Hoyt** and **Holly E. Walker** are to be removed as counsel of record for defendants and removed from CM/ECF Service for this case.

The parties are reminded to use the correct case number for all future filings: 2:21-cv-01287-CDS-MDC.

DATED this 15th day of May 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge