UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Frank Underhill, Jr.,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>For The Earth Corporation, *et al.*,<br><br>　　　　　Defendant(s). | 2:21-cv-01287-CDS-MDC<br><br>**ORDER GRANTING STIPULATION** |

　　　IT IS ORDERED that the *Stipulation to Continue Settlement Conference* (**ECF No. 60**) is **GRANTED**. The Settlement Conference is rescheduled to **August 30, 2024, at 9:00am** in the chambers of the undersigned judge.

　　　The Court timely received defendant's confidential settlement brief, in compliance with the Court's 05/23/24 Order (ECF No. 59). Plaintiff, however, did not comply with the Court's 5/23/24 Order and did not submit his confidential settlement brief. Plaintiff shall submit his confidential settlement to the Court by no later than 4:00pm on August 23, 2024. Failure to comply may result in vacating the settlement conference and/or other sanctions per Fed. R. Civ. P. 16(f).

　　　DATED this 2nd day of August 2024.
　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge