UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Frank Underhill, Jr.,<br><br>         Plaintiff(s),<br><br>vs.<br><br><br>For The Earth Corporation, *et al*.,<br><br>         Defendant(s). | 2:21-cv-01287-CDS-MDC<br><br><br>**Order** |

This case has been assigned to the undersigned magistrate judge by random draw. On August 30, 2024, undersigned conducted a settlement conference. As a result, and with good cause appearing, the Honorable Maximiliano D. Couvillier III recuses himself from this action.

ACCORDINGLY,

IT IS SO ORDERED that this case is referred to the Clerk of Court for random reassignment to another magistrate judge.

Dated this 13th day of September 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge