JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorney for Defendants*
*For The Earth Corporation and*
*Nelson Grist*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK UNDERHILL, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FOR THE EARTH CORPORATION, an Arizona Corporation; NELSON GRIST, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through M, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01287-CDS-DJA<br>**ORDER RE:**<br>**MOTION FOR LEAVE TO WITHDRAW ATTORNEY KATLYN M. BRADY FROM CASE** |

Defendants FOR THE EARTH CORPORATION and NELSON GRIST, by and through its counsel Jackson Lewis P.C., hereby requests leave of the Court to remove attorney Katlyn M. Brady as counsel of record from the above captioned case and the Court's docket. Katlyn Brady is no longer with Jackson Lewis P.C. and her withdrawal will not cause any delay in the action. Joshua Sliker will remain as counsel of record for said Defendants.

Dated this 30th day of October, 2024.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorney for Defendants For The Earth Corporation and Nelson Grist*

**IT IS SO ORDERED**.

DATED: 10/31/2024

_____
Daniel J. Albregts
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 30th day of October, 2024, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW ATTORNEY KATLYN M. BRADY FROM CASE** to the following:

LAW OFFICE OF BYRON THOMAS
BYRON E. THOMAS, ESQ.
3275 S. Jones Blvd., Ste. 104
Las Vegas, Nevada 89146

*Attorneys for Plaintiff*
*Frank Underhill, Jr.*

                                        */s/ Kelley Chandler*
                                        Employee of Jackson Lewis P.C.

4870-9896-5232, v. 1

2

JACKSON LEWIS P.C.
LAS VEGAS