UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Frank Underhill, Jr., | Case No. 2:21-cv-01287-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| For the Earth Corporation, an Arizona corporation; Nelson Grist, an individual; et al., | |
| Defendants. | |

Joshua A. Sliker, Esq. of the law firm Jackson Lewis P.C., moves to withdraw as counsel of record for Defendants For the Earth Corporation ("FTEC") and Nelson Grist. The Court finds that counsel has met the requirements of Local Rule IA 11-6(b). Additionally, no party has opposed the motion, constituting their consent to the Court granting it under Local Rule 7-2(d). Plaintiff has also indicated that he does not oppose the withdrawal.[1] (ECF No. 73). The Court thus grants the motion. Because it is a corporation, FTEC must retain counsel to proceed in this action. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel).

**IT IS THEREFORE ORDERED** that Joshua Sliker, Esq.'s motion to withdraw (ECF No. 72) is **granted.**

---

[1] Plaintiff indicated that he opposes defense counsel's request for a thirty day stay of the case to allow Defendants time to retain new counsel. However, since defense counsel moved to withdraw, the parties have stipulated to an extension of discovery deadlines, mooting the stay issue. (ECF No. 74). So, the Court does not address the stay issue here.

1  **IT IS FURTHER ORDERED** that FTEC must file a status report regarding its retention of counsel on or before **March 24, 2025.  Failure to comply with this order may result in sanctions.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place FTEC and Nelson Grist's last known addresses on the docket.  Because defense counsel has provided two addresses for FTEC, the Court will place the address directed to an individual on the docket:

**For the Earth Corporation**
c/o IVEX Health Corporation
2801 E. Camelback Rd, Suite 200
Phoenix, Arizona 85016
(602) 502-0602
nelson@ivexhealthcorp.com

**Nelson Grist**
4114 N. 28th Street
Apt 4004
Phoenix, Arizona 85016
(602) 502-0602
nelson@ngrist.com

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send this order to FTEC and Nelson Grist at the addresses above and to also send a copy of this order to FTEC at the below address:

**For the Earth Corporation**
3420 E. Shea Blvd, Suite 200
Phoenix, Arizona 85028

DATED: February 21, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE