# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Frank Underhill, Jr., | Case No.: 2:21-cv-01287-CDS-DJA |
| Plaintiff | **Order Granting Plaintiff's Motion to Extend Joint Pretrial Order Deadline** |
| v. | |
| For the Earth Corporation, et. al., | |
| Defendants | [ECF No. 91] |

Plaintiff Frank Underhill, Jr., moves to extend the March 3, 2026 deadline to file a proposed joint pretrial order. ECF No. 91. Underhill represents that the parties may have reached settlement that would resolve all claims. *Id.* Based on these representations, I find good cause to grant the request. The deadline to file a proposed joint pretrial order is extended to March 13, 2026, nunc pro tunc. If the parties finalize the settlement, they must file either a stipulation of dismissal or a joint status report addressing settlement by that same date.

Dated: March 5, 2026

_____
Cristina D. Silva
United States District Judge