UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Frank Underhill, Jr.,

                    Plaintiff

v.

Nelson Grist, et al.,

                    Defendants

Case No. 2:21-cv-01287-CDS-DJA

**Order Directing Parties to File a
   Proposed Joint Pretrial Order**

On March 5, 2026, I granted plaintiff Frank Underhill Jr.'s motion to extend time to file a proposed joint pretrial order. ECF No. 92. That order extended the deadline to March 13, 2026. *Id.* In the alternative, I ordered the parties to file either a stipulation of dismissal or a joint status report addressing settlement by that same date. *Id.* Now, more than a week after the deadline, the parties have failed to do either.

It is therefore ordered that the parties must prepare and file a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by April 6, 2026. Failure to do so may result in sanctions.

Dated: March 24, 2026

_____
Cristina D. Silva
United States District Judge